IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WOODMEN OF THE WORLD LIFE      )
INSURANCE SOCIETY, a Nebraska  )
Not for Profit Fraternal       )
Benefit Society,               )
                               )
            Plaintiff,         )        8:13CV324
                               )
        v.                     )
                               )
WOODMEN OF THE WORLD AND/OR     )               ORDER
ASSURED LIFE ASSOCIATION, a    )
Colorado Not for Profit        )
Fraternal Benefit Society,     )
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the stipulation of the parties to extend time to answer or otherwise respond to complaint (Filing No. 5).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the stipulation is approved and adopted.  Defendant shall have until February 21, 2014, to answer or otherwise respond to the complaint.

DATED this 3rd day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, District Judge
United States District Court