IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, A Nebraska Not for Profit Fraternal Benefit Society,<br><br>        Plaintiff,<br><br>  vs.<br><br>WOODMEN OF THE WORLD AND/OR ASSURED LIFE ASSOCIATION, A Colorado Not for Profit Fraternal Benefit Society,<br><br>        Defendant. | **8:13CV324**<br><br>**ORDER** |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 13).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Wednesday, April 2, 2014, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

Dated this 11th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
LYLE E. STROM, Senior Judge
United States District Court