IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:13CV324 |
| v. | ) ) | |
| WOODMEN OF THE WORLD AND/OR ASSURED LIFE ASSOCIATION, a Colorado Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the stipulated motion of the parties to amend progression order (Filing No. 21). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The progression order is amended to the effect that at least ninety (90) days prior to the expert report date, the parties must disclose the name and subject matters or areas of expertise of the experts they intend to use at trial.

DATED this 5th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, District Judge
United States District Court