IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

WOODMEN OF THE WORLD LIFE        )
INSURANCE SOCIETY, a Nebraska    )
Not for Profit Fraternal         )
Benefit Society,                 )
                                 )
            Plaintiff,           )          8:13CV324
                                 )
      v.                         )
                                 )
WOODMEN OF THE WORLD AND/OR       )          ORDER
ASSURED LIFE ASSOCIATION, a      )
Colorado Not for Profit          )
Fraternal Benefit Society,       )
                                 )
            Defendant.           )
_____  )

        This matter is before the Court on plaintiff's motion
for leave to file amended complaint (Filing No. 23).  The
defendant has stipulated that plaintiff may amend its complaint,
and the Court finds the motion should be granted.  Accordingly,

        IT IS ORDERED that the motion is granted.  Plaintiff
shall have until May 19, 2014, to file an amended complaint.

        DATED this 16th day of May, 2014.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, District Judge
                        United States District Court