IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:13CV324 |
| v. | ) ) | |
| WOODMEN OF THE WORLD AND/OR ASSURED LIFE ASSOCIATION, a Colorado Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the unopposed motion for leave to file amended counterclaims (Filing No. 35).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  Defendant shall have until July 11, 2014, to file amended counterclaims.

DATED this 1st day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, District Judge
United States District Court