IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | |
| Plaintiff-Counter- claim Defendant, | ) ) ) | 8:13CV324 |
| v. | ) ) ) | |
| WOODMEN OF THE WORLD AND/OR ASSURED LIFE ASSOCIATION, a Colorado Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | ORDER |
| Defendant-Counter- claim Plaintiff. | ) ) ) | |

This matter is before the Court on defendant-counterclaim plaintiff's motion for enlargement of time to respond to plaintiff's requests for production of documents (Filing No. 37). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Defendant-counterclaim plaintiff shall have until July 28, 2014, to respond to plaintiff's requests for production of documents.

DATED this 7th day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, District Judge
United States District Court