IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | |
| Plaintiff-Counter-claim Defendant, | ) ) ) | 8:13CV324 |
| v. | ) ) ) | |
| WOODMEN OF THE WORLD AND/OR ASSURED LIFE ASSOCIATION, a Colorado Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | ORDER |
| Defendant-Counter-claim Plaintiff. | ) ) ) | |

This matter is before the Court upon defendant's motion to file a surreply to plaintiff's motion to dismiss, transfer or stay the fifth claim for relief of defendant's amended counterclaims or, in the alternative, motion to dismiss portions thereof (Filing No. 55).  The Court finds that the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  The defendant may file a surreply on or before October 14, 2014.

DATED this 7th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court