IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | |
| Plaintiff-Counter-claim Defendant, | ) ) ) | 8:13CV324 |
| v. | ) ) ) | |
| WOODMEN OF THE WORLD AND/OR ASSURED LIFE ASSOCIATION, a Colorado Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | ORDER |
| Defendant-Counter-claim Plaintiff. | ) ) ) | |

This matter is before the Court on plaintiff's motion to withdraw plaintiff's motion to compel (Filing No. 66) and plaintiff's motion to withdraw plaintiff's motion to override objections to issuance of proposed subpoenas (Filing No. 67). The Court finds that the motions should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to withdraw its motion to compel is granted; Filing No. 62 is deemed withdrawn.

2) Plaintiff's motion to withdraw its motion to overrule objections to issuance of proposed subpoenas is granted; Filing No. 57 is deemed withdrawn.

DATED this 7th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court