IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | |
| Plaintiff-Counter-claim Defendant, | ) ) ) | 8:13CV324 |
| v. | ) ) ) | |
| WOODMEN OF THE WORLD AND/OR ASSURED LIFE ASSOCIATION, a Colorado Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | ORDER |
| Defendant-Counter-claim Plaintiff. | ) ) ) | |

This matter is before the Court on the stipulation of the parties to extend time to answer or otherwise respond to plaintiff's requests for production of documents (Filing No. 73). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted. Defendant shall have until October 16, 2014, to respond to plaintiff's requests for production of documents.

DATED this 15th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court