IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | |
| Plaintiff-Counter-claim Defendant, | ) ) ) | 8:13CV324 |
| v. | ) ) | |
| WOODMEN OF THE WORLD AND/OR ASSURED LIFE ASSOCIATION, a Colorado Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | ORDER |
| Defendant-Counterclaim Plaintiff. | ) ) ) | |

This matter is before the Court on defendant's motion for leave to include supplemental authority concerning motion to dismiss/notice of suspension of TTAB proceeding (Filing No. 60). The Court took note of the supplemental authority prior to issuing its memorandum and order (Filing No. 75). Accordingly,

IT IS ORDERED that defendant's motion is granted; the supplemental authority is deemed filed.

DATED this 20th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court