IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | |
| Plaintiff-Counter- claim Defendant, | ) ) ) | 8:13CV324 |
| v. | ) ) ) | |
| WOODMEN OF THE WORLD AND/OR ASSURED LIFE ASSOCIATION, a Colorado Not for Profit Fraternal Benefit Society, | ) ) ) ) ) | ORDER |
| Defendant-Counter- claim Plaintiff. | ) ) ) | |

This matter is before the Court on the joint notice of settlement and stipulated motion to dismiss with prejudice all claims and counterclaims (Filing No. 81).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the stipulated motion is approved and adopted.  All claims and counterclaims are dismissed with prejudice.

DATED this 6th day of May, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court