IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, | ) ) ) | Case No: 8:13cv324 |
| Plaintiff, | ) ) | **ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |
| vs. | ) ) ) | |
| WOODMENT OF THE WORLD AND/OR ASSURED LIFE ASSOCIATION, A Colorado Not for Profit Fraternal Benefit Society | ) ) ) | |
| Defendant. | | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

(Exhibit number 1 / Sealed Settlement Hearing / November 19, 2014)

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 17th day of December, 2016.

BY THE COURT:

s/ Lyle E. Strom
Senior United States District Judge